IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-CR-265-RJC-DCK

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | ORDER |
| WENDY GIBSON, | ) |  |
| Defendant. | ) |  |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion To File Under Seal" (Document No. 38) filed January 26, 2012. Having carefully considered the motion, the record and applicable authority, the undersigned will grant the motion.

**IT IS THEREFORE ORDERED** that Defendant's "Motion to File Under Seal" (Document No. 38) is hereby **GRANTED**. The Clerk shall seal Defendant's Bond Post Plea Motion (Document No. 37) until further order of the Court.

Signed: January 26, 2012

David C. Keesler
United States Magistrate Judge